```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                         Case No. 18-19837-LMI
Ligia Arias                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: rodriguez            Page 1 of 1              Date Rcvd: Dec 07, 2018
                               Form ID: pdf004            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Ligia Arias,    13887 SW 64th Street,    Miami, FL 33183-1183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Damian G Waldman    on behalf of Creditor    Trojan Capital Investments LLC damian@dwaldmanlaw.com,
               shannon@dwaldmanlaw.com,bankruptcy@dwaldmanlaw.com
              Michele L Hanash    on behalf of Debtor Ligia  Arias michele@hanashlaw.com,    data@hanashlaw.com
              Nancy K. Neidich     e2c8f01@ch13miami.com,   ecf2@ch13miami.com
              Nathalie C. Rodriguez    on behalf of Creditor    Wilmington Savings Fund Society
               nrodriguez@rasflaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Shirley  Palumbo    on behalf of Creditor    Reverse Mortgage Funding, LLC bankruptcy@gmlaw.com,
               bankruptcy@gmlaw.com
                                                                                             TOTAL: 6



**ORDERED in the Southern District of Florida on December 6, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:  Ligia Arias                               CASE NO. 18-19837-BKC-LMI

                                                  Chapter 13

            Debtor(s).
_____/

### ORDER SPECIALLY SETTING EVIDENTIARY HEARING

The Court having determined that it is appropriate to set the *Motion to Value and Determine Secured Status of Lien of Trojan Capital Investments, LLC on Real Property (DE #21)* for an evidentiary hearing and to schedule deadlines in order to expedite and facilitate such hearing upon this matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. The *Motion to Value and Determine Secured Status of Lien of Trojan Capital Investments, LLC on Real Property (DE #21)* has been scheduled for Final Evidentiary Hearing on February 20, 2019 at 9:30 a.m. at the C. Clyde Atkins Building, United States Bankruptcy

1

Court, 301 North Miami Avenue, Courtroom 8, Miami, Florida. ***No continuances will be granted for any reason on this matter absent compelling, unforeseen circumstances.*** ONE HOUR has been set aside for the hearing. If you need more time you must immediately contact the Courtroom Deputy, Noemi Sanabria, (305) 714-1877, to make appropriate arrangements. Since other contested matters may be scheduled for the same date and time, counsel and witnesses must be available for the entire morning or afternoon.

2.     All discovery shall be completed no later than **fourteen (14)** days prior to the hearing. All expert reports shall be exchanged and all experts identified no later than the conclusion of discovery, unless the parties agree otherwise.

3.     The time for responding to interrogatories, requests for admission or requests for production is shortened to fourteen (14) days from service of the discovery.

4.     The parties shall meet and confer no later than **seven (7)** days prior to the hearing and prepare a written stipulation substantially in the form of Local Form 63C, setting forth the following (a) undisputed facts; (b) disputed facts to be litigated; and (c) issues of law to be litigated. The stipulation is to be signed by the attorneys for all parties. The fully executed joint stipulation must be filed **no later than one business day prior to the hearing**. The Court will not accept unilateral statements and will strike *sua sponte* any such submission. The failure of any party to cooperate in the preparation of the joint stipulation may result in sanctions. **This paragraph does not apply if any party is self-represented.**

5.     On or before noon **seven (7) days** prior to the hearing each side shall deliver to the opposing party **(BUT NOT DELIVER TO CHAMBERS OR FILE)** a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing. The exhibits shall be bound in one or more notebooks contained in one or more folders, with tabs marking each exhibit, with the Exhibit List **CONFORMING TO LOCAL FORM 49 (see attached). Absent compelling circumstances, the Court will not consider exhibits or the testimony of any witnesses not listed on a timely witness list or Exhibit List.**

6.     On or before noon **two (2) business days** prior to the hearing each side shall submit to chambers by e-mail at LMI_chambers@flsb.uscourts.gov and opposing counsel by fax or e-mail, the following:

   (a) The exhibit list identifying the exhibits, including deposition transcripts, intended to be offered as evidence at the hearing. The actual exhibits should NOT be attached to the Court's email. Movants shall mark their exhibits numerically. Respondents shall mark their exhibits alphabetically;

   (b) A witness list that includes a brief statement summarizing the testimony each witness is expected to present;

   (c) Any written opening statement the party wishes the Court to read before the hearing begins. Oral opening statements will normally not be permitted.

   (d) Self-represented parties may bring a hard copy of these documents to chambers if they do not have access to email.

  7. Pursuant to Local Rule 9070-1(B)(2) the parties shall bring a copy of exhibits in electronic Portable Document Format (PDF) and stored on a USB flash drive or compact disc. Each individual PDF file shall be limited to a single exhibit of a file size no greater than 10MB and shall contain a unique identification name. The hard drive should be delivered to the Court at least one full business day prior to the hearing. Parties interested in using the courtroom electronic display system should contact the Courtroom Deputy at least **two business days** prior to the hearing to arrange for assistance from the Court's IT staff.

  8. On the day of the hearing, parties shall, in addition to the original exhibit binder for the Court, also bring an exhibit binder for the law clerk and one exhibit binder for the witness box.

  9. Objections to the use of deposition transcripts or admissibility of exhibits must be made prior to commencement of the hearing or shall be deemed waived, except for an objection under Federal Rule of Evidence 402 or 403 – unless excused by the Court for good cause.

  10. At the conclusion of the hearing the Court, in lieu of final argument, may request that each party submit a proposed Memorandum Opinion incorporating findings of fact and conclusions of law in hard copy to chambers.

  11. **COMPLIANCE WITH FEDERAL JUDICIARY PRIVACY POLICY**. All papers, including exhibits, submitted to the court must comply with the federal judiciary privacy policy as referenced under Local Rule 5005-1(A)(2).

12. **SANCTIONS.** Failure to appear at the evidentiary hearing or to comply with any provision of this order may result in appropriate sanctions, including the award of attorney's fees, striking of papers, exclusion of exhibits or witnesses, or the granting or denial of the Motion.

13. **ALL REQUIRED DOCUMENTS MUST BE FILED AND EXCHANGED IN ACCORDANCE WITH THE DEADLINES SET FORTH IN THIS ORDER UNLESS PRIOR TO THE DEADLINE THE PARTIES HAVE UPLOADED AN AGREED ORDER RESOLVING THE MATTER AND HAVE NOTIFIED THE COURTROOM DEPUTY THAT THE MATTER IS SETTLED.  IF AN AGREED ORDER IS NOT DELIVERED, ALL COUNSEL SHOULD BE PREPARED TO GO FORWARD WITH THIS HEARING.**

###

Copies furnished to:

Michele Hanash, Esq.

Attorney Hanash shall serve a copy of this order upon all interested parties and shall file a Certificate of Service with the Clerk of the Court.

(Rev. 3/2018)

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No.
                                                                       Chapter

_____/

    Plaintiff                                                          Adv. No.

        vs.

    Defendant
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[   ] Plaintiff          [   ] Defendant          [   ] Debtor          [   ] Other_____

Date of Hearing/Trial: _____

Type of Hearing/Trial: _____

SUBMITTED BY: _____

_____

_____

(Tel.) _____

| **Exhibit Number/Letter** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
|---|---|---|---|---|

5

Exhibit Register Continuation Page

| **Exhibit Number/Letter** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
| --- | --- | --- | --- | --- |

LF-49 (rev. 12/01/09)