UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Ligia Arias
13887 SW 64th Street
Miami, FL 33183

Case No.: 18-19837-CPM
Chapter 13

_____/

## EXPLANATION OF DELAYED TRANSMISSION OF APPRISAL TO DEBTORS COUNSEL

**COMES NOW** Secured Creditor Trojan Capital Investment, LLC, ('Secured Creditor") by and through the undersigned counsel, and enters this explanation of delayed transmission of appraisal to Debtors Counsel pursuant to the order entered at the hearing held on 11/6/2018 and states as follows:

1. On or about November 6, 2018 Secured Creditor and the Debtor were ordered to exchange appraisals seven days prior to the December 4, 2018 hearing on the Debtors Motion to Value and Determine Secured Status of Lien of Trojan Capital Investments, LLC on Real Property.

2. Counsel for Secured Creditor was unable to timely deliver the appraisal to opposing counsel due to a member of its accounting staff suffering a medical emergency which required surgery, extended leave, and multiple hospitalizations during the month of November.

3. The subject appraisal was timely scheduled and conducted however payment was not timely remitted to the appraiser due to the accounting staff member's hospitalization.

4. On November 14, 2018, via email, Counsel for the Debtor transmitted its Appraisal report to Secured Creditor and requested that Secured Creditor send their report as well.

5. On November 14, 2018 Counsel for Secured Creditor sent a response email to Counsel for the Debtor indicating that Secured Creditor had not received its own appraisal report yet. The Email also and instructed staff to follow up with the Appraiser regarding payment.

6. Unfortunately, due to the medical emergency the payment was not remitted timely to the appraiser.

7. The late remission of the payment to the appraiser resulted in the appraisal report not being transmitted to Counsel for the Secured Creditor until December 7, 2018.

8. As soon as Appraisal report was received from the appraiser it was transmitted to Counsel for the Debtor, Michele Hanash, on December 7, 2018.

9. The late transmission was not made for purposes of delay, as Secured Creditor's appraisal report indicates there is ample equity to secure the lien held by Secured Creditor.

10. The Debtor was not prejudiced by the late reception as the case was set for an evidentiary hearing, just as it would have been if the appraisal exchange had taken place prior to the hearing on December 4, 2018.

**WHEREFORE, PREMISES CONSIDERED**, Secured Creditor prays that is Honorable Court set aside its December 4, 2018 order requiring Secured Creditor to pay $175.00 to the Debtors Counsel.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on December 13, 2018.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 090502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Boulevard, Unit 1 & 2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: damian@dwaldmanlaw.com
Service Email: bankruptcy@dwaldmanlaw.com
*Attorneys for Secured Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th Day of December 2018, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

Ligia Arias
c/o Michele L Hanash
1000 Lincoln Road, Suite 208
Miami Beach, FL 33139
Email: michele@hanashlaw.com

Ligia Arias
13887 SW 64th Street
Miami, FL 33183

*Trustee*
Nancy K. Neidich
POB 27806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By:    /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502