## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Ligia Arias                                              Case No.: 18-19837-CPM
13887 SW 64th Street                                     Chapter 13
Miami, FL 33183
_____/

## NOTICE OF FILING APPRAISAL

      **COMES NOW** Secured Creditor Trojan Capital Investment, LLC, by and through the undersigned counsel, and hereby gives Notice of Filing the Appraisal of the Debtor's real property located at **320 SW 100th Avenue Pembroke Pines, FL 33025** and legally described as:

**Lot 10, Gardenlake at Pembroke Pines also known as that of Tract "A" of "Tanglewood Townhomes", as recorded in Plat Book 117, at Page 43, of the Public Record of Broward County, Florida, and more particularly described as follows:**

**Commence at the Southwest corner of said Tract "A", thence North 10 degrees 10'13" East along the West line of said tract and the Easterly line of Palm Avenue as shown on said plat for 520.37 feet to the Northwest corner of said tract; thence North 89 degrees 53'38" East along the North line of said tract for 226.99 feet; thence South 00 degrees 06'20" East for 356.97 feet to the point of beginning; thence North 89 degrees 53'40" East for 51.86 feet; thence North 50 degrees 24'19" East for 54.63 feet; thence South 00 degrees 06'20" East for 15.00 feet; thence South 36 degrees 41'17" West for 35.24 feet; South 06 degrees 06'20" East for 65.88 feet; thence South 89 degrees 53'40" West for 73.90; thence North 00 degrees 06'20" West for 75.08 feet to the point of beginning.**

**Containing 6,175 square feet more or less lying and being in the City of Pembroke Pines, Florida.**

**Also known as Lot 10 The Gardenlake.**

**Parcel Identification Number: 11117-24-01000.**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on December 13, 2018.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 090502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Boulevard, Unit 1 & 2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: damian@dwaldmanlaw.com
Service Email: bankruptcy@dwaldmanlaw.com
*Attorneys for Secured Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th Day of December 2018, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

Trojan Capital Investment, LLC.
c/o Damian Waldman, Esq.
Law Office of Damian G. Waldman, P.A.
10333 Seminole Blvd., Units 1 and 2
Seminole, FL 33778
damian@dwaldmanlaw.com
bankrutcy@dwaldmanlaw.com
service@dwaldmanlaw.com

Ligia Arias
13887 SW 64th Street
Miami, FL 33183

*Trustee*
Nancy K. Neidich
POB 27806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: **damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By:      /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502

**PENSER APPRAISALS**
REAL ESTATE APPRAISERS AND CONSULTANTS

File No. **05015587**

**APPRAISAL OF**



**SINGLE FAMILY HOME**

**LOCATED AT:**

320 SW 100th AVENUE
PEMBROKE PINES, FL  33025-1067

**FOR:**

PRIVATE APPRAISAL
FOR VALUATION PURPOSES.

**BORROWER:**

N/A

**AS OF:**

August 13, 2018

**BY:**

LUIS ALBERTO PENAGOS
CERT RES RD4729

16559 SW 61 LANE, MIAMI, FL 33193   (305) 388-0270 - (305) 388-0495

## Uniform Residential Appraisal Report

File No. 05015587

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| SUBJECT | |
|---|---|
| Property Address 320 SW 100th AVENUE | City PEMBROKE PINES   State FL   Zip Code 33025-1067 |
| Borrower N/A | Owner of Public Record ARIAS, LIGIA   County BROWARD |
| Legal Description See Attached Addendum. | |

Assessor's Parcel # FOLIO NUMBER: 51-41-17-24-0100   Tax Year 2018   R.E. Taxes $ 5,415.10
Neighborhood Name TANGLEWOOD TOWNHOMES   Map Reference 51-41-17   Census Tract 1103.40
Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ N/A   [X] PUD   HOA $ 85.00   [ ] per year [X] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) PRIVATE APPRAISAL FOR VALUATION PURPOSES
Lender/Client PRIVATE APPRAISAL   Address FOR VALUATION PURPOSES.
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). THE SUBJECT PROPERTY WAS NOT LISTED FOR SALE IN MLS WITHIN THE PREVIOUS 12 MONTHS.
I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed PRIVATE APPRAISAL FOR VALUATION PURPOSES.

| CONTRACT | |
|---|---|
| Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? [ ] Yes [ ] No   Data Source(s) N/A | |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.   N/A   N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| NEIGHBORHOOD | Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property Values [X] Increasing [ ] Stable [ ] Declining | | | PRICE $(000) | AGE (yrs) | One-Unit 95% |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | 405 Low 21 | | 2-4 Unit 0% |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 220 High 37 | | Multi-Family 0% |

| | One-Unit Housing | | |
|---|---|---|---|
| | PRICE $(000) | AGE (yrs) | |
| | 220 Low 21 | | One-Unit 95% |
| | 405 High 37 | | 2-4 Unit 0% |
| | 365 Pred. 30 | | Multi-Family 0% |
| | | | Commercial 5% |
| | | | Other 0% |

Neighborhood Boundaries BOUND BY PINES BLVD (NORTH); MIRAMAR PKWY (SOUTH); PALM AVENUE (WEST); UNIVERSITY DRIVE (EAST).
Neighborhood Description THE SUBJECT IS LOCATED IN A PLANNED RESIDENTIAL DEVELOPMENT KNOWN AS TANGLEWOOD TOWNHOMES. A COMMUNITY CONSISTING OF DETACHED SINGLE FAMILY HOMES WITH "ZERO" LOT LINE. SCHOOLS, SHOPPING, PLACES OF WORSHIP, MEDICAL FACILITIES AND PUBLIC TRANSPORTATION ARE IN CLOSE PROXIMITY.
Market Conditions (including support for the above conclusions) MARKETING TIME FOR PROPERTIES IS UNDER 3 MONTHS WITH PROPERTY VALUES INCREASING. MOST OF LOANS ARE CONVENTIONAL WITH AN INCREASING AMOUNT OF FHA LOANS. THERE IS MORE SUPPLY THAN DEMAND, BUT CLOSER TO THE BALANCED THAN OVER SUPPLIED OR SHORT.

| SITE | |
|---|---|
| Dimensions NOT RECORDED IN TAX ROLLS   Area 6,169 Sq.Ft.   Shape RECTANGULAR   View LAKE/RESIDENTIAL | |

Specific Zoning Classification 01   Zoning Description SINGLE FAMILY
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | |
| Gas | | | Sanitary Sewer | [X] | | Alley NONE | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 12011C0545H   FEMA Map Date 08/18/2014
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No   If Yes, describe.

| IMPROVEMENTS | GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|---|---|---|
| | Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls CONCRETE/AVG | Floors TILE/AVG |
| | # of Stories ONE | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls CBS/AVG | Walls DRYWAL/AVG |
| | Type [X] Det. [ ] Att. [ ] S-Det/End Unit | | Basement Area 0 sq. ft. | | Roof Surface FLAT TILE/FAIR | Trim/Finish WOOD/AVG |
| | [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish % | | Gutters & Downspouts YES/ALUM/AVG | Bath Floor C.TILE/AVG |
| | Design (Style) 1-STORY | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type SLIDING/AVG | Bath Wainscot C.TILE/AVG |
| | Year Built 1994 | | Evidence of [ ] Infestation | | Storm Sash/Insulated N/A | Car Storage [ ] None |
| | Effective Age (Yrs) 15-EFF | | [ ] Dampness [ ] Settlement | | Screens YES/AVG | [X] Driveway # of Cars 2 |

| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | [ ] WoodStove(s) # | Driveway Surface CONCRETE |
|---|---|---|---|---|---|
| [ ] Drop Stair [ ] Stairs | | [ ] Other   Fuel ELECT | [ ] Fireplace(s) # | [X] Fence WOOD | [X] Garage # of Cars 2-CAR |
| [X] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | [X] Patio/Deck COV. [X] Porch COV | | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | [ ] Pool NONE | [ ] Other NONE | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 7 Rooms   3 Bedrooms   2.0 Bath(s)   1,558 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) ALL APPLIANCES, CENTRAL A/C, WATER HEATER ARE ENERGY EFFICIENT. THE SUBJECT PROPERTY IS EQUIPED WITH SPRINKLER SYSTEM, CEILING FANS & ALARM SYSTEM.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.) NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED. THE SUBJECT IS IN AVERAGE CONDITION HAVING BEEN ADEQUATELY MAINTAINED (SEE ADDENDUM). NO MAJOR REPAIRS NOTED. THE SUBJECT'S ROOF IS IN FAIR CONDITION WITH SOME VISIBLE STAINS OF DAMPNESS OR LEAKS NOTED. THE SUBJECT'S FLOORPLAN IS FUNCTIONAL AND TYPICAL FOR THE AREA. SEE ADDENDUM.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No   If Yes, describe. NO VISIBLE OR APPARENT ADVERSE FACTORS, CONDITIONS OR PHYSICAL DEFICIENCY NOTED AT THE TIME OF THE INSPECTION.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No   If No, describe THE SUBJECT PROPERTY CONFORMS TO OTHER PROPERTIES IN THE AREA IN TERMS OF DESIGN, UTILITY, STYLE, CONDITION, QUALITY OF CONSTRUCTION AND AGE.

PENSER APPRAISALS

# Uniform Residential Appraisal Report

File No. 05015587

| | | |
|---|---|---|
| There are **3** | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **310,000** | to $ **350,000** |
| There are **5** | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **305,000** | to $ **335,000** |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | **320 SW 100th AVENUE** | **9801 SW 3rd STREET** | | **300 SW 100th AVENUE** | | **10040 SW 16th STREET** | |
| Address | PEMBROKE PINES, FL 33025-106 | PEMBROKE PINES, FL 33025 | | PEMBROKE PINES, FL 33025 | | PEMBROKE PINES, FL 33025 | |
| Proximity to Subject | | 0.17 miles NE | | 0.02 miles NW | | 0.74 miles SW | |
| Sale Price | $ N/A | | $ **318,000** | | $ **315,000** | | $ **328,000** |
| Sale Price/Gross Liv. Area | $ **0.00** sq. ft. | $ **198.75** sq. ft. | | $ **185.73** sq. ft. | | $ **180.52** sq. ft. | |
| Data Source(s) | **INSPECTION** | **REALQUEST/MLS/TAX REC.** | | **REALQUEST/MLS/TAX REC.** | | **REALQUEST/MLS/TAX REC.** | |
| Verification Source(s) | **OWNER** | LISTING AGENT(MLS#A10448506) | | NOT LISTED IN MLS | | LISTING AGENT(MLS#F10117809) | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | **N/A** | CONV.FINANC. | | CONV.FINANC. | | CONV.FINANC. | |
| Concessions | | NONE | | NONE | | NONE | |
| Date of Sale/Time | **N/A** | CLSD 06/04/18 | 0 | CLSD 01/27/18 | 0 | CLSD 07/06/18 | 0 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6,169 Sq.Ft. | 4,015 Sq.Ft. | 0 | 4,328 Sq.Ft. | 0 | 4,619 Sq.Ft. | 0 |
| View | LAKE/RESID. | RESIDENTIAL | 10,000 | RESIDENTIAL | 10,000 | RESIDENTIAL | 10,000 |
| Design (Style) | 1-STORY | 2-STORY | 0 | 2-STORY | 0 | 2-STORY | 0 |
| Quality of Construction | CBS/AVG. | CBS/AVG. | | CBS/AVG. | | CBS/AVG. | |
| Actual Age | 24 YRS/EFF 15 | 24 YRS/EFF 15 | | 24 YRS/EFF 15 | | 28 YRS/EFF 15 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total **7** Bdrms **3** Baths **2.0** | Total **7** Bdrms **3** Baths **2.1** | -3,000 | Total **7** Bdrms **3** Baths **2.1** | -3,000 | Total **7** Bdrms **3** Baths **2.1** | -3,000 |
| Room Count | | | | | | | |
| Gross Living Area | **30** 1,558 sq. ft. | 1,600 sq. ft. | 0 | 1,696 sq. ft. | -4,100 | 1,817 sq. ft. | -7,800 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | CENTRAL A/C | CENTRAL A/C | | CENTRAL A/C | | CENTRAL A/C | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2-GARAGE | 2-GARAGE | | 2-GARAGE | | OPEN PARKIG. | 8,000 |
| Porch/Patio/Deck | COV. ENTRY | COV. ENTRY | | COV. ENTRY | | COV. ENTRY | |
| OTHER | COV. PATIO | COV. PATIO | | COV. PATIO | | COV. PATIO | |
| OTHER | FENCE | FENCE | | FENCE | | FENCE | |
| OTHER | NO POOL | NO POOL | | NO POOL | | NO POOL | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 7,000 | ☒ + ☐ - $ | 2,900 | ☒ + ☐ - $ | 7,200 |
| Adjusted Sale Price | | Net Adj. **2.2** % | | Net Adj. **0.9** % | | Net Adj. **2.2** % | |
| of Comparables | | Gross Adj. **4.1** % $ | 325,000 | Gross Adj. **5.4** % $ | 317,900 | Gross Adj. **8.8** % $ | 335,200 |

☐ I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) **MLS/REALQUEST/TAX RECORDS**
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable.
Data source(s) **MLS/REALQUEST/TAX RECORDS**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALE | NO PRIOR SALE | NO PRIOR SALE | NO PRIOR SALE |
| Price of Prior Sale/Transfer | FOR 3 YEARS | FOR 1 YEAR | FOR 1 YEAR | FOR 1 YEAR |
| Data Source(s) | REALQUEST/TAX REC. | REALQUEST/TAX REC. | REALQUEST/TAX REC. | REALQUEST/TAX REC. |
| Effective Date of Data Source(s) | 08/13/2018 | 08/13/2018 | 08/13/2018 | 08/13/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales **THE SUBJECT PROPERTY WAS NOT LISTED FOR SALE IN MLS WITHIN THE PREVIOUS 12 MONTHS. NO PRIOR SALES HISTORY WITHIN THE PAST 36 MONTHS.**

Summary of Sales Comparison Approach. **SEE ATTACHED ADDENDUM. - SALE 1 DAYS IN MARKET: 16- SALE NO. 2 DAYS IN MARKET: UNKNOWN - SALE NO. 3 DAYS IN MARKET: 50 - SALE NO. 4 DAYS IN MARKET: 3 - SALE NO. 5 DAYS IN MARKET: 27.**

Indicated Value by Sales Comparison Approach $ **325,000**

| Indicated Value by: Sales Comparison Approach $325,000 | Cost Approach (if developed) $ **344,000** | Income Approach (if developed) $0 |
|---|---|---|

**ALL WEIGHT WAS GIVEN TO THE MARKET DATA APPROACH. NO FURNISHING OR PERSONAL PROPERTY WAS INCLUDED IN THE VALUATION OF THE SUBJECT.**

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: **THIS REPORT IS INTENDED FOR PRIVATE USE. THIS REPORT IS NOT INTENDED FOR ANY OTHER USE. SEE ATTACHED ADDENDUM.**

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **325,000** as of **08/13/2018**, which is the date of inspection and the effective date of this appraisal.

Produced using ACI software, 800.234.8727 www.aciweb.com
2004_05 090909

**Penser Appraisals**

PENSER APPRAISALS

## Uniform Residential Appraisal Report

File No. 05015587

**ADDITIONAL COMMENTS**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) **COST DATA WAS REFERENCED THRU MARSHALL & SWIFT SERVICES. RECENT COMPARABLE VACANT LAND SALES WERE NOT AVAILABLE, LAND IS BEING EXTRACTED FROM IMPROVED SALES. (C.V.=CONTRIBUTORY VALUE)**

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 55,000 |
|---|---|---|
| Source of cost data **MARSHALL & SWIFT SERVICE** | Dwelling **1,558** Sq. Ft. @ $ **200.00** . . . . . . . . . = $ | 311,600 |
| Quality rating from cost service **AVG.** Effective date of cost data **11/18/2005** | Sq. Ft. @ $ . . . . . . . . . . . . . . . = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) **APPL,COV.ENTRY,COV.PATIO,C.V.** | | 45,000 |
| **COST DATA WAS REFERENCED THRU MARSHALL & SWIFT** | Garage/Carport **384** Sq. Ft. @ $ **40.00** . . . . . . . . . . = $ | 15,360 |
| **SERVICE. THE SUBJECT WAS COMPARED TO AN AVERAGE** | Total Estimate of Cost-New . . . . . . . . . . . . . . . = $ | 371,960 |
| **QUALITY HOME. NO FUNCTIONAL OR EXTERNAL** | Less **60** Physical ☐ Functional ☐ External | |
| **OBSOLESCENCE WAS OBSERVED. THE SUBJECT'S** | Depreciation **$92,990** . . . . . . . . . . . . . . . . . . . = $ ( | 92,990) |
| **ESTIMATED REMAINING ECONOMIC LIFE IS 45 YEARS.** | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . = $ | 278,970 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only) **45** Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . = $ | 344,000 |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| Estimated Monthly Market Rent $ **N/A** X Gross Rent Multiplier **N/A** = $ | **0** Indicated Value by Income Approach | |
|---|---|---|
| Summary of Income Approach (including support for market rent and GRM) **N/A** | | |

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No    Unit type(s) ☐ Detached ☒ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project **VILLAS OF MADEIRA**

| Total number of phases **1** | Total number of units **37** | Total number of units sold **37** |
|---|---|---|
| Total number of units rented **4** | Total number of units for sale **4** | Data source(s) **REALQUEST/TAX RECORDS/MLS** |

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☒ No    If Yes, date of conversion. **N/A**

Does the project contain any multi-dwelling units? ☐ Yes ☒ No    Data source(s) **REALQUEST, TAX RECORDS.**

Are the units, common elements, and recreation facilities complete? ☒ Yes ☐ No    If No, describe the status of completion. **N/A**

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No    If Yes, describe the rental terms and options. **N/A**

Describe common elements and recreational facilities. **COMMON GREEN AREAS & COMMON AREAS.**

PENSER APPRAISALS

## Uniform Residential Appraisal Report

File No. 05015587

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

PENSER APPRAISALS

## Uniform Residential Appraisal Report
File No. 05015587

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

PENSER APPRAISALS

## Uniform Residential Appraisal Report

File No. 05015587

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1.   I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.   I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.   The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.   This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.   If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name **LUIS ALBERTO PENAGOS** | Name |
| Company Name **PENSER APPRAISALS** | Company Name |
| Company Address **16559 SW 61 LANE** | Company Address |
| **MIAMI, FL. 33193** | |
| Telephone Number **(305)388-0270** | Telephone Number |
| Email Address **penserappraisals@att.net** | Email Address |
| Date of Signature and Report **11/14/2018** | Date of Signature |
| Effective Date of Appraisal **08/13/2018** | State Certification # |
| State Certification # **CERT RES RD4729** | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State **FL** | |
| Expiration Date of Certification or License **11/30/2020** | |

| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
|---|---|
| **320 SW 100th AVENUE** | ☐ Did not inspect subject property |
| **PEMBROKE PINES, FL  33025-1067** | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $  **325,000** | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| LENDER/CLIENT | COMPARABLE SALES |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name **PRIVATE APPRAISAL** | ☐ Did inspect exterior of comparable sales from street |
| Company Address **FOR VALUATION PURPOSES.** | Date of Inspection |
| Email Address | |

Freddie Mac Form 70 March 2005                    Produced using ACI software, 800.234.8727 www.aciweb.com                    Fannie Mae Form 1004 March 2005
                                                            Page 5 of 6                                                            1004_05 090905

Penser Appraisals

PENSER APPRAISALS

## Uniform Residential Appraisal Report

File No. 05015587

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 320 SW 100th AVENUE<br>PEMBROKE PINES, FL 33025-106 | 1041 SW 95th TERRACE<br>PEMBROKE PINES, FL 33025 | | 941 SW 99th AVENUE<br>PEMBROKE PINES, FL 33025 | | | |
| Proximity to Subject | | 0.60 miles SE | | 0.38 miles SE | | | |
| Sale Price | $        N/A | | $    335,000 | | $    305,000 | | $ |
| Sale Price/Gross Liv. Area | $    0.00 sq. ft. | $ 216.69 sq. ft. | | $ 194.27 sq. ft. | | $    sq. ft. | |
| Data Source(s) | INSPECTION | REALQUEST/MLS/TAX REC. | | REALQUEST/MLS/TAX REC. | | | |
| Verification Source(s) | OWNER | LISTING AGENT(MLS#A10452628) | | LISTING AGENT(MLS#A10368716) | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | FHA.FINANC. | | FHA.FINANC. | | | |
| Concessions | | NONE | | NONE | | | |
| Date of Sale/Time | N/A | CLSD 06/01/18 | 0 | CLSD 01/12/18 | 0 | | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 6,169 Sq.Ft. | 5,500 Sq.Ft. | 0 | 4,950 Sq.Ft. | 0 | | |
| View | LAKE/RESID. | RESIDENTIAL | 10,000 | RESIDENTIAL | 10,000 | | |
| Design (Style) | 1-STORY | 1-STORY | | 1-STORY | | | |
| Quality of Construction | CBS/AVG. | CBS/AVG. | | CBS/AVG. | | | |
| Actual Age | 24 YRS/EFF 15 | 29 YRS/EFF 10 | 0 | 32 YRS/EFF 10 | 0 | | |
| Condition | AVERAGE | GOOD | -15,000 | AVERAGE | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 7 | 3 | 2.0 | 7 | 3 | 2.0 | | 7 | 3 | 2.0 | | | | | |
| Gross Living Area | 30     1,558 sq. ft. | 1,546 sq. ft. | 0 | 1,570 sq. ft. | 0 | sq. ft. | |
| Basement & Finished | NONE | NONE | | NONE | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | CENTRAL A/C | CENTRAL A/C | | CENTRAL A/C | | | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | | |
| Garage/Carport | 2-GARAGE | 2-GARAGE | | 1-GARAGE | 4,000 | | |
| Porch/Patio/Deck | COV. ENTRY | COV. ENTRY | | COV. ENTRY | | | |
| OTHER | COV. PATIO | COV. PATIO | | COV. PATIO | | | |
| OTHER | FENCE | FENCE | | FENCE | | | |
| OTHER | NO POOL | NO POOL | | NO POOL | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $    5,000 | [X] + [ ] - | $    14,000 | [ ] + [ ] - | $ |
| Adjusted Sale Price | | Net Adj.  -1.5% | | Net Adj.  4.6% | % | Net Adj. | % |
| of Comparables | | Gross Adj. 7.5% % | $    330,000 | Gross Adj. 4.6% | $    319,000 | Gross Adj | % | $ |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALE | NO PRIOR SALE | NO PRIOR SALE | |
| Price of Prior Sale/Transfer | FOR 3 YEARS | FOR 1 YEAR | FOR 1 YEAR | |
| Data Source(s) | REALQUEST/TAX REC. | REALQUEST/TAX REC. | REALQUEST/TAX REC. | |
| Effective Date of Data Source(s) | 08/13/2018 | 08/13/2018 | 08/13/2018 | |

Summary of Sales Comparison Approach

*SALES COMPARISON APPROACH*

Freddie Mac Form 70 March 2005                Produced using ACI software, 800 234 8727 www.aciweb.com                Fannie Mae Form 1004 March 2005
1004_05 090909

ADDENDUM

| Borrower: N/A | | File No.: 05015587 |
|---|---|---|
| Property Address: 320 SW 100th AVENUE | | Case No.: |
| City: PEMBROKE PINES | State: FL | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | |

**Legal Description**
TANGLEWOOD TOWNHOMES 117-43 B A PORTION TRACT A DESC'D AS COMM SW COR SAID TRACT A;N 520.37, E 226.99,S 356.97 TO POB;E 51.86 NE 54.63,S 15,SW 35.24,SW 75,08 TO POB AKA: LOT 10 OF THE GARDENLAKE

**Comments on Sales Comparison**
NOTES TO READER

- Reconciliation of Sales Approach to Value

Emphasis was given to the sales most similar in condition to the subject when arriving at the subject's final market value estimate. All the comparable sales were arranged in the market grid in order of relevance taking into consideration proximity and date of sale.

The appraiser has made an extensive search of the subject neighborhood and nearby neighborhoods in order to select the best comparable sales available. The search criteria utilized in this report to find the comparables being presented was: 1) To find comparables that sold within the previous 6 months from the effective date of the appraisal report, 2) To find comparables that were located within the mile from the subject property, 3) To find comparables most comparable to the subject property considering factors of location, size, age, condition, style and features, 4) To find comparables that were located within the subject's neighborhood boundaries. All the comparable sales being utilized in this appraisal were all located within the subject's neighborhood boundaries. All the sales presented in the appraisal report are considered to be excellent indicators of the subject's current market value estimate. This is based on the appraiser's judgement that these sales are among the most comparable to the subject property considering factors of location, size, age, condition, style and features. The final opinion of value was reconciled by finding the arithmetic mean of the 5 closed sales adjusted sales prices provided in the appraisal report rounded off to the closest number.

- At time of inspection all utilities were "ON" and in working order.

- The Sales Comparison Approach indicates a value of $325,000 and the Cost Approach to value indicates a value of $344,000. This is common since the Cost Approach is calculated mostly for replacement value with a conservative $200 per sq.ft. of living area. For this reason final reliance is placed upon the Sales Comparison Approach to value because of the reliability of available market data.

- The appraiser has made an extensive search of the subject neighborhood and nearby neighborhoods in order to select the best comparable sales available. Due to the limited market activity of comparable properties and after reviewing recent sales, the appraiser has utilized two comparable sales (Comparables #2 and #5) which occurred more than six months prior to the effective date of the appraisal report. These comparables were presented as additional support of the subject's current market value estimate. These sales are being utilized based on the appraiser's judgement that these sales are among the most comparable to the subject property considering factors of location, size, age, condition, style and features.

- The subject's area consist of a wide range of properties types, varying in size, quality, condition and price.The range of property values is typical of the area and marketability on all the value ranges is average. Therefore, any deviation from the predominant value should have no effect on marketability and/or market value.

- The subject property is a 1-story single family home containing 3 bedrooms and 2.0 bath and measured 1,602 square feet. The subject is in average condition having been adequately maintained (See photos). The subject's roof is in "Fair" condition with some visible stains of dampness or leaks noted (See photos) having been adequately maintained. No major repairs observed.

- The subject is located in an established residential neighborhood consisting of single family homes. It is located within a subdivison known as "TANGLEWOOD TOWNHOMES" located in the city of Pembroke Pines in Broward county. Schools and family amenities are in close proximity with shopping available along the major arteries.

**ADDENDUM**

| | | | |
|---|---|---|---|
| Borrower: N/A | | File No.: 05015587 | |
| Property Address: 320 SW 100th AVENUE | | Case No.: | |
| City: PEMBROKE PINES | State: FL | | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | | |

ADDITIONAL COMMENTS

A digital signature has been applied to this report by the appraiser. I certify that his is a true and original signature. This and all reports that are issued via Electronic Data Exchange are released in a "Locked" or "Read Only" mode. As such, the appraiser is the sole individual who can amend or change this report

SUPPLEMENTAL ADDENDUM

PURPOSE OF APPRAISAL

The purpose of this report is to estimate the market value of the subject property as of the date indicated. The subject is appraised on the basis of conventional financing, unaffected by any special financing, fees, costs or credits.

SCOPE OF THE APPRAISAL

The "scope of the appraisal" means the extent of the process of collecting, confirming and reporting data pertinent to the formation of a market value estimate for the subject property.
The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables are shown in the Data Source section of the market grid, along with sources of confirmation, if available. When conflicting information was provided, the source deemed most reliable was used. Data believed unreliable was not included in the report, nor used as a basis for the value conclusion. All of the relevant aspects of the verified data relied upon, as known to the appraiser, is reported within this report. Descriptive factors and a discussion of the data are included within the appropriate sections of this report.

HIGHEST AND BEST USE

Highest and Best Use. The reasonable probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

Highest and best use of land or site as though vacant. The use of a property based on the assumption that a parcel of land is vacant or can be made vacant through demolition of any improvements.

Highest and best use of property as improved. The use that should be made of a property as it exists.

The opinion of Highest and Best indicated in this report takes into account these factors and the nature of the subject property as it compares with the surrounding neighborhood.

CONDITION OF COMPONENTS

The appraisal calls for opinions of condition on certain components of the subject improvements including, but not limited to; appliances, heating/cooling, surfaces, electrical, mechanical, roof, and plumbing systems. The conditions indicated in this report are based on observations made at the time of inspection. They rely on reasonable expectations as to adequacy as well as visual indications; and are based upon neighborhood standards. The observations do not constitute certifications; and if certification is required a legally qualified consultant should be retained.

ZONING AND BUILDING COMPLIANCE

The opinion of zoning compliance expressed in this report is based on inspection of the property, and generally available information with respect to the assigned zoning classification, and does not represent a certification of compliance. This report also assumes that the property as inspected was built in compliance with all applicable codes, regulations and that all necessary permits were obtained.

ENVIRONMENTAL

Unless otherwise stated in this report, the existence of hazardous material, storage items, containers,

ADDENDUM

| Borrower: N/A | | | File No.: 05015587 |
| Property Address: 320 SW 100th AVENUE | | | Case No.: |
| City: PEMBROKE PINES | | State: FL | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | | |

or material that are not intended for normal and average consumer usage around the home, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

FLOOD ZONE

The flood zone indicated on this report was obtained from flood insurance rate maps (firm), issued by the federal emergency management agency (FEMA). The zone indicated in the yes/no space on the first page of this report refers to whether or not the subject property lies in a FEMA or HUD defined flood hazard area. It does not refer to flood insurance requirements, which are set by policy of lenders and participants in the mortgage markets.

Occasionally, a property will be located on or near a flood zone boundary line making it difficult to determine the exact zone, given the limited detail of the firm maps. In these instances the most hazardous zone will be indicated on the report. Final verification of the zone should be made by engineering survey.

PERSONAL PROPERTY

Personal property, including those items which are not permanently attached/affixed to the real property, have not been included in the estimate of value unless otherwise indicated. Examples of the aforementioned include above ground pools, counter top microwaves ovens, moveable dishwashers, furniture, etc.

SUBJECT SKETCH

The appraiser is not a surveyor; therefore the dimensions are approximate and the diagram is for visual aid only.

SQUARE FOOTAGE - COMPARABLE SALES

The appraiser uses actual living area in the market analysis for the subject and the comparable sale properties. The living area utilized for the comparable sales has been obtained from the Public Records/Tax Rolls and may have been further modified by the field appraiser's observation of the actual improvements.

The living area of the comparable sales has been estimated to the best of the appraiser's observations and information obtainable. However, the appraiser has not measured the sale properties or had benefit of surveys, unless otherwise noted.

TAXES/LEGAL DESCRIPTION

This information has been derived through public record sources/tax rolls as provided by ISCNET to our office.

COST APPROACH

The replacement costs utilized within this appraisal are obtained from the "Marshall & Swift Cost Handbook" and rounded. The appropriate cost adjustments were made for size and style of the improvements. These cost figures are frequently compared to actual construction costs supplied by local builders.

The site value was based upon recent sales of comparable sites in the Subject's general neighborhood or competing neighborhoods. If no land sales were available, the site value was abstracted from improved sales from within the Subject's immediate area.

If the subject property is a condominium unit, the cost approach is not considered appropriate and

**ADDENDUM**

| Borrower: N/A | | | File No.: 05015587 |
|---|---|---|---|
| Property Address: 320 SW 100th AVENUE | | | Case No.: |
| City: PEMBROKE PINES | State: FL | | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | | |

therefore was not utilized in this report.

MARKET APPROACH

The adjustments for sales/financing concessions are not necessarily the stated value of the concessions, but rather the market-indicated impact of such concessions.  Whenever possible, financial considerations have been verified by buyer, seller or sales agent.

It is the appraiser's opinion that the comparable sales utilized are the most reflective of the market for the Subject property.

INCOME APPROACH

The Income Approach is premised on capitalizing a net operating income from a property to arrive at an indicated value. Residential property is typically purchased for its intangible assets, and not for the purposes of generating income. Furthermore, the lack of reliable rental data makes this approach too weak to utilize.

RECONCILIATION

Each approach demonstrated is considered to be a reflection of market behavior. The final reliance is placed upon the Market Approach to value because of the reliability and availability of market data.  In addition, it is most reflective of buyers and sellers attitudes within the local market. The Cost Approach is considered a supportive indicator of value.

**PLAT MAP**

| Borrower: N/A | File No.: 05015587 |
|---|---|
| Property Address: 320 SW 100th AVENUE | Case No.: |
| City: PEMBROKE PINES | State: FL | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | |



**FLOORPLAN SKETCH**

| | |
|---|---|
| Borrower: **N/A** | File No.: **05015587** |
| Property Address: **320 SW 100th AVENUE** | Case No.: |
| City: **PEMBROKE PINES** | State: **FL**  Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1558.16 | 1558.16 |
| P/P | Cov. Entry | 36.80 | |
| | Covered Patio | 197.40 | 234.20 |
| GAR | Garage | 384.24 | 384.24 |
| | | | |
| **TOTAL LIVABLE** (rounded) | | | **1558** |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 19.0 x 44.1 | | 837.90 |
| 8.0 x 34.9 | | 279.20 |
| 3.9 x 12.4 | | 48.36 |
| 7.0 x 19.8 | | 138.60 |
| 15.4 x 16.5 | | 254.10 |
| **5 Calculations Total (rounded)** | | **1558** |

**LOCATION MAP**

| | | |
|---|---|---|
| Borrower: **N/A** | File No.: **05015587** | |
| Property Address: **320 SW 100th AVENUE** | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |



PENSER APPRAISALS

| Borrower: N/A | | File No.: 05015587 |
|---|---|---|
| Property Address: 320 SW 100th AVENUE | | Case No.: |
| City: PEMBROKE PINES | State: FL | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | |

320 SW 100 AVENUE                                                                                                    Page 1 of 1



MARTY KIAR
BROWARD
COUNTY
PROPERTY APPRAISER

| Site Address | 320 SW 100 AVENUE, PEMBROKE PINES FL 33025-1067 | ID # | 5141 17 24 0100 |
|---|---|---|---|
| Property Owner | ARIAS,LIGIA | Millage | 2613 |
| Mailing Address | 13887 SW 64 ST MIAMI FL 33183 | Use | 01 |
| Abbr Legal Description | TANGLEWOOD TOWNHOMES 117-43 B A PORTION TRACT A DESC'D AS COMM SW COR SAID TRACT A;N 520.37, E 226.99,S 356.97 TO POB;E 51.86 NE 54.63,S 15,SW 35.24,SW 75.08 TO POB AKA: LOT 10 OF THE GARDEN LAKE | | |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

| Property Assessment Values | | | | | |
|---|---|---|---|---|---|
| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
| 2019 | $55,520 | $210,970 | $266,490 | $266,490 | |
| 2018 | $55,520 | $210,970 | $266,490 | $266,490 | $5,415.10 |
| 2017 | $55,520 | $209,010 | $264,530 | $251,480 | $5,266.49 |

| 2019 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $266,490 | $266,490 | $266,490 | $266,490 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $266,490 | $266,490 | $266,490 | $266,490 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $266,490 | $266,490 | $266,490 | $266,490 |

| Sales History | | | | Land Calculations | | |
|---|---|---|---|---|---|---|
| Date | Type | Price | Book/Page or CIN | Price | Factor | Type |
| 8/13/2018 | QCD-T | $100 | 115260839 | $9.00 | 6,169 | SF |
| 8/22/2006 | WD | $354,000 | 42707 / 349 | | | |
| 8/17/1994 | WD | $131,900 | 22580 / 10 | | | |
| | | | | | | |
| | | | | Adj. Bldg. S.F. (Card, Sketch) | | 1629 |
| | | | | Units | | 1 |
| | | | | Eff./Act. Year Built: 1995/1994 | | |

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| 26 | | | B2 | | | | | |
| R | | | B2 | | | | | |
| 1 | | | .14 | | | | | |

16559 SW 61 LANE, MIAMI, FL 33193   (305) 388-0270 - (305) 388-0495

**PENSER APPRAISALS**

| Borrower: N/A | | File No.:  05015587 |
|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |

Patriot Sketch                                                                 Page 1 of 1

Sketch: 514117240100
Building: 1 of 1



| Code | Description |
|---|---|
| (1.0) | One Story |
| G_1/2 | Garage |
| OH_1/4 | Overhang |
| ALUMRF | Aluminum Rf |

| Code | Description | Area | Factor | Adj Area | Stories |
|---|---|---|---|---|---|
| (1.0) | One Story | 1,411 | 1.00 | 1,411 | 1 |
| G_1/2 | Garage | 400 | 0.50 | 200 | 1 |
| OH_1/4 | Overhang | 36 | 0.25 | 9 | 1 |
| ALUMRF | Aluminum Rf | 196 | 0.00 | 0 | 0 |
| Total | | | | 1,620 | |

**PENSER APPRAISALS**

| | |
|---|---|
| Borrower: **N/A** | File No.: **05015587** |
| Property Address: **320 SW 100th AVENUE** | Case No.: |
| City: **PEMBROKE PINES** State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | |

Property Id: 514117240100      **Please see map disclaimer



May 29, 2018

1:2,000

### FLOOD MAP

| Borrower: **N/A** | | File No.: **05015587** |
|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |



Subject
320 SW 100th Ave
Pembroke Pines, FL  33025

**FLOOD INFORMATION**

**Community:** CITY OF PEMBROKE PINES
Property is NOT in a FEMA Special Flood Hazard Area
**Map Number:** 12011C0545H
**Panel:** 0545H
**Zone:** X
**Map Date:** 08-18-2014
**FIPS:** 12011
**Source:** FEMA DFIRM

**LEGEND**

■ = FEMA Special Flood Hazard Area – High Risk

■ = Moderate and Minimal Risk Areas

**Road View:**

■ = Forest    ■ = Water

**Sky Flood™**

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

SUBJECT PROPERTY PHOTO ADDENDUM

| Borrower: **N/A** | | File No.: **05015587** |
|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: **August 13, 2018**
Appraised Value: **$ 325,000**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

PENSEN APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** | |
|---|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | |



**SUBJECT'S LIVING ROOM**



**SUBJECT'S DINING ROOM**



**SUBJECT'S KITCHEN**

PENSER APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** |
|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |



**SUBJECT'S FAMILY ROOM**



**SUBJECT'S FOYER/ENTRY**



**SUBJECT'S FAMILY ROOM**

FENSER APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** |
|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | |



**SUBJECT'S BEDROOM**



**SUBJECT'S BATHROOM**



**SUBJECT'S BEDROOM**

PENSER APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** | |
|---|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | |



**SUBJECT'S MASTER BEDROOM**



**SUBJECT'S MASTER BATHROOM**



**SUBJECT'S WASHER & DRYER**

PENSER APPRAISALS

| | | | |
|---|---|---|---|
| Borrower: **N/A** | | File No.: **05015587** | |
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | |



**SUBJECT'S WATER HEATER**



**SUBJECT'S ELECTRICAL PANEL**



**SUBJECT'S ELECTRICAL METER**

PENSER APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** | |
|---|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | |



**SUBJECT'S COVERED PATIO**



**SUBJECT'S EXTERIOR (LEFT SIDE)**



**SUBJECT'S EXTERIOR (RIGHT SIDE)**

PENSER APPRAISALS

| Borrower: **N/A** | | | File No.: **05015587** | |
|---|---|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | | Case No.: | |
| City: **PEMBROKE PINES** | | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | | |



**SUBJECT'S GARAGE (INTERIOR)**



**SUBJECT'S STREET VIEW**



**SUBJECT'S BLEMISHES**

DENSER APPRAISALS

| Borrower: N/A | | File No.: 05015587 |
|---|---|---|
| Property Address: 320 SW 100th AVENUE | | Case No.: |
| City: PEMBROKE PINES | State: FL | Zip: 33025-1067 |
| Lender: PRIVATE APPRAISAL | | |



SUBJECT'S BLEMISHES



SUBJECT'S BLEMISHES



SUBJECT'S BLEMISHES

PENSER APPRAISALS

| Borrower: **N/A** | | File No.: **05015587** | |
|---|---|---|---|
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | Zip: **33025-1067** | |
| Lender: **PRIVATE APPRAISAL** | | | |



**SUBJECT'S LAKE VIEW**



**SUBJECT'S LAKE VIEW**



**SUBJECT'S LAKE VIEW**

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: **N/A** | | File No.: **05015587** | |
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | | |



**COMPARABLE SALE #1**

**9801 SW 3rd STREET**
**PEMBROKE PINES, FL 33025**
Sale Date: **CLSD 06/04/18**
Sale Price: **$ 318,000**



**COMPARABLE SALE #2**

**300 SW 100th AVENUE**
**PEMBROKE PINES, FL 33025**
Sale Date: **CLSD 01/27/18**
Sale Price: **$ 315,000**



**COMPARABLE SALE #3**

**10040 SW 16th STREET**
**PEMBROKE PINES, FL 33025**
Sale Date: **CLSD 07/06/18**
Sale Price: **$ 328,000**

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | | | |
|---|---|---|---|
| Borrower: **N/A** | | File No.: **05015587** | |
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | | |



**COMPARABLE SALE #4**

**1041 SW 95th TERRACE**
**PEMBROKE PINES, FL 33025**
Sale Date: **CLSD 06/01/18**
Sale Price: $ **335,000**



**COMPARABLE SALE #5**

**941 SW 99th AVENUE**
**PEMBROKE PINES, FL 33025**
Sale Date: **CLSD 01/12/18**
Sale Price: $ **305,000**

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

PENSER APPRAISAL

| | |
|---|---|
| Borrower: **N/A** | File No.: **05015587** |
| Property Address: **320 SW 100th AVENUE** | Case No.: |
| City: **PEMBROKE PINES**  State: **FL** | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | |

RICK SCOTT, GOVERNOR                              JONATHAN ZACHEM, SECRETARY

**dbpr** Florida

## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### FLORIDA REAL ESTATE APPRAISAL BD

THE CERTIFIED RESIDENTIAL APPRAISER HEREIN IS CERTIFIED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

PENAGOS, LUIS ALBERTO

LICENSE NUMBER: RD4079
**EXPIRATION DATE: NOVEMBER 30, 2020**
Always verify licenses online at MyFloridaLicense.com

Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

16559 SW 61 LANE, MIAMI, FL 33193   (305) 388-0270 - (305) 388-0495

PENSER APPRAISALS

| | | | |
|---|---|---|---|
| Borrower: **N/A** | | File No.: **05015587** | |
| Property Address: **320 SW 100th AVENUE** | | Case No.: | |
| City: **PEMBROKE PINES** | State: **FL** | | Zip: **33025-1067** |
| Lender: **PRIVATE APPRAISAL** | | | |



**GREAT**AMERICAN.
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number: **RAP4113124-18**          Renewal of: **RAP4113124-17**

Program Administrator:     Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:     **Luis Alberto Penagos**

Item 2. Address:          **16559 SW 61 Lane**
City, State, Zip Code:   **Miami, FL 33193**

Item 3. Policy Period: From ___**11/08/2018**___ To ___**11/08/2019**___
*(Month, Day, Year)      (Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

A. $ ___**1,000,000**___ Damages Limit of Liability – Each Claim

B. $ ___**1,000,000**___ Claim Expenses Limit of Liability – Each Claim

C. $ ___**1,000,000**___ Damages Limit of Liability – Policy Aggregate

D. $ ___**1,000,000**___ Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

A. $ ___**500**___ Each Claim

B. $ ___**1,000**___ Aggregate

Item 6. Premium: $     **864.00**

Item 7. Retroactive Date (if applicable):     **11/08/2005**

Item 8. Forms, Notices and Endorsements attached:
**D42100 (03/15)  D42300 FL (05/13)  IL7324 (08/12)**
**D42413 (06/17)  D42412 (03/17)  D42402 (05/13)**

*Betsy a. Ferguson*
Authorized Representative

D42101 (03/15)          Page 1 of 1