

ORDERED in the Southern District of Florida on December 14, 2018.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

LIGIA ARIAS                                             Case No: 18-19837-LMI
                                                        Chapter 13

Debtors._____/

## ORDER AWARDING ATTORNEY'S FEES

THIS CAUSE came before the Court on December 4, 2018, upon Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Trojan Capital Investments, LLC [DE #21] ("Motion") and Order Continuing Motion to Value and Setting Deadlines ECF # 21 [DE #34] ("Order"). The Order, having required Trojan Capital Investments, LLC to provide an appraisal to Debtor by November 27, 2018, the appraisal not having been provided by such date, and based upon on the record and a separate order having been entered setting the Motion for an evidentiary hearing, it is

**ORDERED** as follows:

1. The Law Offices of Damian G. Waldman, P.A., located at 10333 Seminole Blvd., Units 1 and 2 Seminole, FL 33778, is ordered to pay Michele Hanash, Esq. $175.00 in attorney's fees within fourteen (14) days of entry of this order.

###

Debtor's attorney shall serve a conformed copy of this Order upon the interested parties and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

Submitted by:
The Law Office of Michele L. Hanash
Michele L. Hanash, Esq.
Florida Bar No. 26186
1000 Lincoln Road, Suite 208
Miami, Florida 33139
305-902-8158 - Phone
Michele@hanashlaw.com